# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01433-LTB-CBS

CHARLENE GROOMER, f/k/a Charlene Powers, on behalf of herself and all others similarly situated,

      Plaintiff,

  vs.

TIG INDEMNITY COMPANY, a California corporation,

      Defendant.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 19 - filed February 23, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                             s/Lewis T. Babcock
                          LEWIS T. BABCOCK, Chief Judge
                          United States District Court

DATED: February 24, 2006